WRIGHT, Use, &c. vs. GRAY.

1. A *certiorari* should not be granted to remove into the Circuit Court proceedings had before a justice of the peace, when the petition does not show any reason why the petitioner did not appeal from the judgment of the justice.
2. But when a *certiorari* is awarded upon a petition which does not set forth such a state of facts as properly justifies its issuance, the Circuit Court must proceed with the trial *de novo*, without regarding the defects of the petition.

ERROR to the Circuit Court of Fayette.
Tried before the Hon. Wm. R. Smith.

E. W. PECK and EARNEST, for plaintiff in error.
E. P. JONES, for defendant.

PHELAN, J.—The court below dismissed the *certiorari*, on the motion of the defendant, upon the ground that the petition was defective and insufficient; and this is assigned for error.

Upon looking into the petition, we find no cause or excuse set forth, why the plaintiff in error, who was also plaintiff below, did not appeal from the judgment of the justice of the peace against him; and for this reason, the prayer for a *certiorari* should have been refused. But when a *certiorari* is awarded, even if it be upon a petition not setting forth such a state of facts as would properly justify its issuance, the Circuit Court, in pursuance of the plain requirements of the statute, must proceed with the trial *de novo*, without regarding the defects in the petition. The case of Casey v. Bryant, (1 Stew. & P. 51) is decisive of this case.

Let the judgment be reversed, and the cause remanded.